

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | MJ 18-56-M-JCL |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| BRUCE BOONE WANN, | |
| Defendant. | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Complaint, Arrest Warrant, and Affidavit in Support of Criminal Complaint filed herein, is SEALED.

IT IS FURTHER ORDERED that this case is unsealed only for the limited purpose of providing the Complaint, Arrest Warrant, and Affidavit in Support of Criminal Complaint, to the defense at the time of the initial appearance.

DATED this 21st day of September, 2018.

JEREMIAH C. LYNCH
United States Magistrate Judge

1